**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

JACOB A. WOFFORD,

    Petitioner,

    v.

DAVID J. EBBERT, Warden,

    Respondent.

CIVIL ACTION NO. 3:15-CV-0966

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 30th day of June, 2015, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 6) is **ADOPTED.**

(2) Petitioner Wofford's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED without prejudice.**

(3) Petitioner is given leave to file an amended petition within **thirty (30) days** from the date of entry of this order. If Plaintiff fails to do so, the petitioner will be **DISMISSED with prejudice**.

(4) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge