IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB A. WOFFORD, | |
| Petitioner, | NO. 3:15-CV-00966 |
| v. | (JUDGE CAPUTO) |
| WARDEN DAVID J. EBBERT, | (MAGISTRATE JUDGE MEHALCHICK) |
| Respondent. | |

### ORDER

NOW, this 29th day of October, 2015, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED in its entirety**.

(2) Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 11) is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge